# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 18, 2023

### NO. 03-23-00295-CV

**Stacy L. White, Appellant**

**v.**

**Adam C. White, Appellee**

**APPEAL FROM THE 353RD DISTRICT COURT OF TRAVIS COUNTY**
**BEFORE JUSTICES BAKER, TRIANA, AND SMITH**
**DISMISSED FOR WANT OF PROSECUTION -- OPINION BY JUSTICE BAKER**

This is an appeal from the order dismissing the cause for want of jurisdiction signed by the trial court on May 17, 2023. Having reviewed the record, the Court holds that appellant has not prosecuted her appeal and did not comply with a notice from the Clerk of this Court. Therefore, the Court dismisses the appeal for want of prosecution. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.